# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SHERYL HARVEY**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 4:13-cv-01674-HGD ) |
| **STANDARD INSURANCE COMPANY**, | ) ) ) ) |
| Defendant. | ) ) |

## CORPORATE DISCLOSURE STATEMENT
## OF STANDARD INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.4 of the Northern District of Alabama, the undersigned counsel for Defendant Standard Insurance Company ("Standard") certifies that the general nature and purpose of the foregoing entity is to provide insurance products.

Counsel also certifies that the following are parents, subsidiaries, and/or affiliates of Standard that have issued shares or debt securities to the public:

StanCorp Financial Group, Inc., - publicly traded on the New York Stock Exchange, ticker symbol [SFG].

2117801 v1

Respectfully Submitted,

s/ Hannah M. Thrasher
Briana M. Montminy (MON067)
Hannah M. Thrasher (MEB001)

BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

*Attorneys for Standard Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through the court's electronic filing system on the 11th day of September, 2013:

Myron K. Allenstein
Rose Marie Allenstein
Allenstein & Allenstein, LLC
141 South 9th Street
Gadsden, Alabama 35901

s/ Hannah M. Thrasher
OF COUNSEL